UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT JONES,<br>Petitioner,<br>v.<br>GREG SMITH, *et al.*,<br>Respondents. | Case No. 3:10-cv-00590-MMD-CLB<br>ORDER |

Petitioner Brett Jones, a *pro se* Nevada prisoner, submits a Motion for Status Check (ECF No. 41 (Motion")). In March 2026, Jones filed a Motion for Relief from Judgment (ECF No. 31), which the Court denied in July 2026 (ECF No. 39). It appears, however, that the Northen Nevada Correctional Center law library returned court filings sent to the last institutional address Jones provided with a notation indicating that he was no longer at the institution. (ECF Nos. 40, 42.)

The Local Rules of Practice require all parties, including *pro se* habeas petitioners, to immediately file with the court written notice of any change of address. LR IA 3-1, LR 2-2. The Local Rules also warn that failure to comply may result in dismissal of the action, with or without prejudice, or other sanctions as the court deems appropriate. *Id; see also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) ("A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address.").

The Motion indicates Jones is now incarcerated at High Desert State Prison ("HDSP"). Accordingly, the Court instructs the Clerk of the Court to update Petitioner's address to reflect that he is currently incarcerated at HDSP and to send a one time courtesy copy of the Court's order denying his Motion for Relief from Judgment (ECF No. 39) to Jones at HDSP.

It is therefore ordered that Petitioner Brett Jones's Motion for Status Check (ECF No. 41) is denied as moot.

It is further ordered that the Clerk of the Court is directed to (1) update Petitioner's address to reflect that he is currently incarcerated at HDSP, and (2) to send a one time courtesy copy of the Court's order denying his Motion for Relief from Judgment (ECF No. 39) to Jones as HDSP.

DATED THIS 19th Day of October, 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE